# Court of Appeals
# of the State of Georgia

ATLANTA,    October 05, 2016

*The Court of Appeals hereby passes the following order:*

## A16A1026. JACKSON v. ATLANTA INDEPENDENT SCHOOL SYSTEM, et al.

Upon review of the entire record, we conclude that the application for discretionary review was improvidently granted. The above appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*    10/05/2016
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*